FREDERICK W. WHITRIDGE and Another, Appellants, v. ELIZABETH S. PARK, Impleaded with FARMERS' LOAN AND TRUST COMPANY, as Trustee, etc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, on opinion of Greenbaum, J., at Special Term (Reported in 100 Misc. Rep. 367), with leave to plaintiffs to amend on payment of costs. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

UNITED SPONGING COMPANY, Appellant, v. THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Respondent.— Determination affirmed, with costs, on *Rosenthal* v. *American Bonding Company* (207 N. Y. 162). Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ELIZABETH A. VALENTINE, Appellant, v. JNO. WILLIAMS, INC., and Another, Respondents.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE CITY OF NEW YORK, Respondent, v. NEW YORK AND HARLEM RAILROAD COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BARNET NOSITZER, Respondent, v. RUBIN, SCHUMANN Co., INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THERESA DIEGLER, Individually and as Administratrix, etc., Respondent, v. FRANK THORN, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE DISTILLING COMPANY OF AMERICA, Respondent, v. SAMUEL M. RICE and Another, Appellants. THE DISTILLING COMPANY OF AMERICA, Respondent, v. SAMUEL M. RICE, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROBERT L. MORRELL, as Substituted Committee, etc., Respondent, v. THE EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BENJAMIN COHEN, Respondent, v. HENRY BRUERE, Individually and as Chamberlain of the City of New York, and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Page, J., dissented.

ANNA FOX, Respondent, v. LOUIS COHEN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Smith and Shearn, JJ., dissented.

THE NATIONAL IMPORTING AND TRADING COMPANY, INC., Respondent, v. DAVID C. LINK and Others, Doing Business under the Firm Name, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.